PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Vicente Sanchez                           Case Number: A-12-CR-084(12)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: September 5, 2022

Original Offense: Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)

Original Sentence: 120 months' incarceration, followed by a five (5) year term of supervised released. Special Conditions to include: substance abuse treatment, alcohol abstinence, G.E.D., search, unexpected gains paid toward financial obligation, $100 special assessment (paid in full), $6,000 fine (balance $2,988.32).

Type of Supervision: Supervised Release          Date Supervision Commenced: October 23, 2020

Assistant U.S. Attorney: Daniel D. Guess          Defense Attorney: Jorge W. Sanchez - Retained

---

### PREVIOUS COURT ACTION

On August 25, 2016, the Court denied a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The Court noted the defendant was sentenced to a mandatory minimum sentence and was not eligible for a reduction.

On May 7, 2021, a Probation Form 12B was filed to set his payment schedule towards his fine at the rate of $40 a month.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

Vicente Sanchez
Report on Offender Under Supervision
Page | 2

**Nature of Non-compliance:** On September 26, 2022, the defendant failed to submit to a random drug screen as directed.  In a telephonic conversation, the defendant admitted to snorting cocaine over the three previous days.  He was instructed to submit to a random drug screen on September 27, 2022.

On September 27, 2022, the defendant submitted to a random drug screen as directed.  That specimen was later returned as positive for cocaine.

**U.S. Probation Officer Action:** On October 5, 2022, the defendant met with this officer and admitted, approximately six months earlier, he began ingesting cocaine to cope with the stress of a divorce and his fiancé being diagnosed with breast cancer.  He appeared remorseful and acknowledged his poor decision making. Mr. Sanchez' primary language is Spanish. Based on this and as the driver behind his substance abuse was cognitive based, the defendant was provided and instructed to begin working in a Spanish Criminogenic Needs and Violence Curriculum Drugs and Alcohol Workbook.  The defendant and his officer will utilize the workbook to examine the impact substance abuse has had on the defendant's life, as well as teach the defendant coping skills to avoid future substance abuse.

The defendant has maintained employment with the same employer since June 2020.  The defendant reported he has informed his employer of his recent substance abuse and that his employer is monitoring him as well for any future relapse.

Currently, we are recommending the Court take no further action.  Should the defendant commit any additional violations, the Court will be notified immediately.

Respectfully submitted,

*LCano*

Linda Cano
Sr. United States Probation Officer
Date: 10/5/2022

Approved: _____

Hector Garcia, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: October 5, 2022